# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MORGAN STANLEY SMITH BARNEY LLC, : 
et al., :
:
        Petitioners, : CIVIL ACTION
:
   vs. : NO. 17-CV-5635
:
STEPHEN T. WALKER, :
:
        Respondent. :

## ORDER

AND NOW, this 31st day of May, 2018, upon consideration Petitioners Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC's Petition to Confirm Arbitration Award (Doc. No. 1), Respondent Stephen Walker's competing Motion to Vacate Arbitration Award and his accompanying Memorandum (Doc. Nos. 28 & 29), Petitioners' Response thereto (Doc. No. 40), and Respondent's Reply thereof (Doc. No. 45), it is hereby ORDERED that:

1. Respondent's Motion to Vacate is DENIED;
2. Petitioners' Petition to Confirm is GRANTED and the arbitration award issued by the arbitrators in FINRA Case No. 10-04094 (consolidated with FINRA Case Nos. 10-04888 & 11-01780) on November 1, 2017 is CONFIRMED; and
3. The Clerk of Court is hereby directed to enter judgment against Respondent as follows:

(i) In favor of Morgan Stanley Smith Barney FA Notes Holdings LLC for $1,951,587.85, plus 6% per annum interest thereon from November 1, 2017 until today's date, which results in a total award of $2,019,276.65; and

(ii) In favor of Daniel Thompson for $10,000, plus 6% per annum interest thereon from November 1, 2017 until today's date, which results in a total award of $10,346.04.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER,    J.